**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL INC. and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS, <br><br> Defendants. | Civil Action No. 6:13-cv-437-MHS-CMC <br><br> Honorable Michael H. Schneider |

### DEFENDANT AND COUNTERCLAIM PLAINTIFF DELL INC.'S JURY DEMAND

Pursuant to Local Rule CV-38(a), Defendant and Counterclaim Plaintiff Dell Inc. respectfully demands a trial by jury on all issues so triable.

Dated:  November 18, 2013

Respectfully submitted,

By:  /s/ Kimball R. Anderson

Deron R. Dacus
Texas State Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Kimball R. Anderson
kanderson@winston.com
Kathleen B. Barry
kbarry@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Defendant Dell Inc.*

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on November 18, 2013, I electronically filed the foregoing **DEFENDANT AND COUNTERCLAIM PLAINTIFF DELL INC.'S JURY DEMAND** with the Clerk of the Court for the Eastern District of Texas using the ECF System, which will send notification to counsel of record, including:

Dated:  November 18, 2013                  Respectfully submitted,

                                                    By:  /s/ Kimball R. Anderson

                                                    Kimball R. Anderson
                                                    kanderson@winston.com
                                                    WINSTON & STRAWN LLP
                                                    35 West Wacker Drive
                                                    Chicago, IL 60601
                                                    Telephone: (312) 558-5600
                                                    Facsimile: (312) 558-5700

                                                    *Attorney for Defendant Dell Inc.*