# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:13-cv-437 |
| | ) | |
| **DELL, INC., and** | ) | |
| **CELLCO PARTNERSHIP d/b/a** | ) | **JURY TRIAL DEMANDED** |
| **VERIZON WIRELESS** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER DEFENDANT DELL INC.'S AMENDED COUNTERCLAIMS

On this day the Court considered Plaintiff, Adaptix, Inc.'s ("Adaptix"), Unopposed Motion for Extension of Time to Answer Defendant Dell Inc.'s Amended Counterclaims. The Court finds that Plaintiff's Motion shall be, and is hereby, GRANTED.  It is therefore ORDERED that Adaptix is granted an extension to respond to Defendant Dell Inc.'s Amended Counterclaims until December 19, 2013.

**SIGNED this 20th day of December, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE