**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DELL, INC., and CELLCO PARTNERSHIP *d/b/a* VERIZON WIRELESS,**<br><br>Defendants. | Civil Action No. 6:13-cv-437<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF READINESS FOR STATUS CONFERENCE

Pursuant to this Court's Standing Order Regarding Readiness for Status Conference, Plaintiff Adaptix, Inc. ("Adaptix") hereby files this notice that this case is ready for scheduling conference.

## List of Related Cases and Pending Motions

### 1. Cases to Which This Notice Applies (Ready for Scheduling Conference)

In each of the following cases filed contemporaneously with one another on May 28, 2013, Adaptix alleges infringement of U.S. Patents 7,454,212 and 6,947,748 against Defendants in the Eastern District of Texas, Tyler Division. These cases are ready for a scheduling conference with the Court:

| Case | Defendants |
|---|---|
| 6:13-cv-00432 | Amazon.com, Inc., AT&T, Inc. & AT&T Mobility LLC |
| 6:13-cv-00434 | Blackberry Limited, Blackberry Corporation, AT&T Inc., & AT&T Mobility LLC |
| 6:13-cv-00435 | Blackberry Limited, Blackberry Corporation, T-Mobile USA, Inc., f/k/a MetroPCS Wireless, Inc., and MetroPCS Communications, Inc. |
| 6:13-cv-00436 | Blackberry Limited, Blackberry Corporation, Blackberry USA f/k/a Blackberry Limited, and Cellco Partnership d/b/a Verizon Wireless |

| | |
|---|---|
| 6:13-cv-00437 | Dell, Inc. and Cellco Partnership d/b/a Verizon Wireless |
| 6:13-cv-00438 | Huawei Technologies Co., Ltd, Huawei Technologies USA, Inc., Huawei Device USA, Inc. & Cricket Communications, Inc. d/b/a Cricket Wireless |
| 6:13-cv-00439 | Huawei Technologies Co., Ltd, Huawei Technologies USA, Inc., Huawei Device USA, Inc. |
| 6:13-cv-00440 | Huawei Technologies Co., Ltd, Huawei Technologies USA, Inc., Huawei Device USA, Inc. & T-Mobile USA, Inc. f/k/a MetroPCS Wireless, Inc. and MetroPCS Communications, Inc. |
| 6:13-cv-00441 | Huawei Technologies Co., Ltd, Huawei Technologies USA, Inc., Huawei Device USA, Inc. |
| 6:13-cv-00442 | Sony Mobile Communications, Inc., Sony Corporation of America, Sony Mobile Communications (USA), Inc., AT&T Inc., and AT&T Mobility LLC |
| 6:13-cv-00443 | ZTE USA, Inc. and Boost Mobile, LLC |
| 6:13-cv-00444 | ZTE USA, Inc. and Sprint Spectrum LP |
| 6:13-cv-00445 | ZTE USA, Inc. and T-Mobile USA, Inc. f/k/a MetroPCS Wireless Inc., and MetroPCS Communications, Inc. |
| 6:13-cv-00446 | ZTE USA, Inc. |

**2. Consolidated Cases Involving the Same Patent in Suit which are set for *Markman* and Trial**

In each of the following cases filed in early 2012, Adaptix alleges infringement of U.S. Patent 7,454,212 and 6,947,748 against Defendants in the Eastern District of Texas, Tyler Division. Judge Michael H. Schneider and Magistrate Judge Caroline M. Craven have been assigned to each of the cases and are scheduled for a *Markman* Hearing on March 5, 2014, and trial on January 8, 2015.

| Case | Defendants | Pending Motions/Status |
|---|---|---|
| 6:12-cv-00017 | AT&T Mobility LLC, LG Electronics, Inc. and LG Electronics USA, Inc. | Defendants have filed a Motion for Summary Judgment of Invalidity. |
| 6:12-cv-00020 | Pantech Wireless, Inc. and Cellco Partnership d/b/a Verizon Wireless | Defendants have filed a Motion for Summary Judgment of Invalidity. |
| 6:12-cv-00120 | Cellco Partnership d/b/a Verizon Wireless, LG Electronics, Inc. and LG Electronics USA, Inc. | Defendants have filed a Motion for Summary Judgment of Invalidity. |

### 3. Consolidated Cases Involving the Same Patent in Suit which are set for *Markman* and Trial

In each of the following cases filed January 13, 2012 and March 9, 2012, Adaptix alleges infringement of U.S. Patent 7,454,212 and 6,947,748 against Defendants in the Eastern District of Texas, Tyler Division. Judge Michael H. Schneider and Magistrate Judge Caroline M. Craven have been assigned to each of the cases and are scheduled for a *Markman* Hearing on February 13, 2014, and trial on January 13, 2015.

| Case | Defendants | Pending Motions/Status |
|---|---|---|
| 6:12-cv-00022 | Alcatel-Lucent USA, Inc. and AT&T Mobility LLC | Defendants have filed a Motion to Transfer to the Northern District of New Jersey. |
| 6:12-cv-00122 | Alcatel-Lucent USA, Inc. and Cellco Partnership d/b/a Verizon Wireless | Defendants have filed a Motion to Transfer to the Northern District of New Jersey. |
| 6:12-cv-00123 | Alcatel-Lucent USA, Inc. and Sprint Spectrum LP | Defendants have filed a Motion to Transfer to the Northern District of New Jersey. |
| 6:12-cv-369 | T-Mobile USA, Inc. | |
| 6:12-cv-49 | Ericsson, Inc., Telefonaktiebolaget LM Ericsson, AT&T Mobility LLC and MetroPCS Communications, Inc. | |
| 6:12-cv-50 | Ericsson, Inc., Telefonaktiebolaget LM Ericsson, AT&T Mobility LLC and MetroPCS Communications, Inc. | |

### 4. Cases Involving the Same Patent in Suit that are not yet ready for a Scheduling Conference

In each of the following cases filed throughout 2013, Adaptix alleges infringement of U.S. Patent 7,454,212 and 6,947,748 against Defendants in the Eastern District of Texas, Tyler Division. Judge Michael H. Schneider and Magistrate Judge Caroline M. Craven have been assigned to each of the cases. These cases are not yet ready for a Scheduling Conference.

| Case | Defendants | Pending Motions/Status |
|---|---|---|
| 6:13-cv-00433 | Asustek Computer Inc., Asus Computer International, AT&T, Inc. and AT&T Mobility LLC | Defendants have not been served. |

| | | |
|---|---|---|
| 6:13-cv-00585 | NEC Casio Mobile Communications, Ltd., NEC Corporation of America, AT&T, Inc., AT&T Mobility LLC, and Cellco Partnership d/b/a Verizon Wireless | Not all defendants have answered. |
| 6:13-cv-00778 | Pantech Wireless, Inc., Pantech Co. Ltd., AT&T Inc., and AT&T Mobility LLC | Not all defendants have answered. |
| 6:13-cv-00853 | Kyocera Corporation, Kyocera Communications, Inc., Kyocera International, Inc., Kyocera America, Inc., and Sprint Spectrum LP | Not all defendants have answered. |
| 6:13-cv-00854 | Kyocera Corporation, Kyocera Communications, Inc., Kyocera International, Inc., Kyocera America, Inc., and Cellco Partnership d/b/a Verizon Wireless | Not all defendants have answered. |
| 6:13-cv-00922 | NEC Casio Mobile Communications, Ltd., NEC Corporation of America and Cellco Partnership d/b/a Verizon Wireless | Not all defendants have answered. |

## 5. Cases That Have Been Dismissed

The related case, filed on May 28, 2013, has been dismissed.

| Case | Defendants | Pending Motions/Status |
|---|---|---|
| 6:13-cv-00424 | Pantech Company Limited, Pantech Inc. d/b/a Pantech USA and Cellco Partnership d/b/a Verizon Wireless | Case was dismissed. |

Dated: January 6, 2014

Respectfully submitted,

By: */s/ Craig Tadlock*

Craig Tadlock
Texas State Bar No. 00791766
Keith Smiley
Texas State Bar No. 24067869
**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Tel: (903) 730-6789
Email: craig@tadlocklawfirm.com
Email: keith@tadlocklawfirm.com

Paul J. Hayes
Samiyah Diaz
Steven E. Lipman
**HAYES MESSINA GILMAN & HAYES LLC**
300 Brickstone Square, 9th Floor
Andover, MA 01810
Tel: (978) 809-3850
Email: phayes@hayesmessina.com
Email: sdiaz@hayesmessina.com;
Email: slipman@hayesmessina.com;

***ATTORNEYS FOR PLAINTIFF ADAPTIX, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on January 6, 2014, via the Court's CM/ECF system.

*/s/ Craig Tadlock*
Craig Tadlock