**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **DELL INC.**, and **CELLCO PARTNERSHIP** *d/b/a* **VERSION WIRELESS** <br><br> Defendant. | Civil Action No. 6:13-cv-437 <br><br> Honorable Michael H. Schneider |

### **DEFENDANT DELL INC.'S CERTIFICATE OF INTERESTED PERSONS**

Defendant Dell files this Certificate of Interested Persons as follows:

1. All persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

A. Dell Inc.

B. Denali Intermediate Inc.

Dated: January 23, 2014

Respectfully submitted,

/s/ Kathleen B. Barry
Kimball R. Anderson
Illinois State Bar No. 49980
kanderson@winston.com
Kathleen B. Barry
Illinois State Bar No. 6274526
kbarry@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 23, 2014.


/s/ Kathleen B. Barry