**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-432** |
| **AMAZON.COM, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-434** |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-435** |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-436** |
| **BLACKBERRY LIMITED, ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-437** |
| **DELL, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | |
| v. | § § | **CIVIL ACTION NO. 6:13-CV-438** |
| **HUAWEI TECHNOLOGIES CO., LTD, ET AL** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-439** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD, ET AL** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-440** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD, ET AL** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-441** |
| | § | |
| **HUAWEI TECHNOLOGIES CO., LTD, ET AL** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-442** |
| | § | |
| **SONY MOBILE COMMUNICATIONS, INC., ET AL** | § § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-443** |
| | § | |
| **DELL, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-444** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-445** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:13-CV-446** |
| | § | |
| **ZTE USA, INC., ET AL** | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's January 10, 2014 Order, ¶3, plaintiff, Adaptix, Inc., hereby files its Certificate Listing of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

    Adaptix, Inc.
    <u>Acacia Research Group LLC</u>
    Hayes Messina Gilman & Hayes LLC
    Tadlock Law Firm.

Date: January 27, 2014                                      Respectfully submitted,

                                                                        By:  */s/ Paul J. Hayes*
                                                                        Paul J. Hayes
                                                                        Samiyah Diaz
                                                                        Steven E. Lipman
                                                                        **HAYES MESSINA**
                                                                        **GILMAN & HAYES, LLC**
                                                                        200 State Street, 6th Floor
                                                                        Boston, MA 02109
                                                                        Tel: (617) 439-4200
                                                                        Fax: (617) 443-1999
                                                                        Email:  <u>phayes@hayesmessina.com</u>
                                                                        Email:  <u>sdiaz@hayesmessina.com</u>
                                                                        Email:  <u>slipman@hayesmessina.com</u>

                                    Craig Tadlock
                                    Texas State Bar No. 00791766
                                    Keith Smiley
                                    Texas State Bar No. 24064869
                                    **TADLOCK LAW FIRM PLLC**
                                    2701 Dallas Parkway, Suite 360
                                    Plano, Texas 75093
                                    Phone:  (903) 730-6789
                                    Email:  craig@tadlocklawfirm.com
                                                    keith@tadlocklawfirm.com

                                    **ATTORNEYS FOR PLAINTIFF**
                                    **ADAPTIX, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            */s/ Paul J. Hayes*