**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | |
| | ) | |
|        Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| DELL, INC., and CELLCO | ) | CASE NO. 6:13-CV-437 |
| PARTNERSHIP d/b/a/ VERIZON | ) | |
| WIRELESS, | ) | |
|        Defendants. | ) | |

**PROPOSED ORDER GRANTING PLAINTIFF ADAPTIX'S UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT**
**DELL'S MOTION TO TRANSFER VENUE**

06060025

Before this Court is Plaintiff Adaptix's Unopposed Motion for an Extension of Time to File Its Opposition to Defendant Dell, Inc.'s Motion to Transfer Venue through March 12, 2014. The Court having considered the Motion,

IT IS THEREFORE ORDERED that Adaptix's Unopposed Motion for an Extension of Time be GRANTED.

**SIGNED this 28th day of February, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE