IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| DELL, INC., and CELLCO ) | CASE NO. 6:13-CV-437 |
| PARTNERSHIP d/b/a/ VERIZON ) | |
| WIRELESS, ) | |
| Defendants. ) | |

**STIPULATION BETWEEN PARTIES REGARDING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO TRIAL BEFORE THE MAGISTRATE JUDGE AND A JOINT MOTION TO RELATE THE ABOVE-STYLED ACTION TO 5:13-cv-1774, -1776, -1777, -1778, -1844 and -2023, CURRENTLY PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff Adaptix and Defendants Dell Inc. and Cellco Partnership d/b/a/ Verizon Wireless (collectively "the Parties") hereby stipulate and agree as follows:

1. Subject to the filing of a Joint Motion to Transfer Case No. 6:13-cv-437 from the Eastern District of Texas to the Northern District of California and subject to the Court entering an order granting the Joint Motion to Transfer Case No. 6:13-cv-437 from the Eastern District of Texas to the Northern District of California and transferring the case from the Eastern District of Texas to the Northern District of California, the Parties will file in the Northern District of California a Joint Motion to Relate Case No. 6:13-cv-437 to the following Adaptix cases currently pending before Magistrate Judge Grewal in the Northern District of California: Case Nos. 5:13-cv-1774, -1776, -1777, -1778, -1844, and -2023.

06060848

2. Subject to this case being assigned to Judge Grewal, the Parties agree to proceed before Magistrate Judge Grewal for all purposes, including trial, in the Northern District of California in the above-styled action.

3. In the event that this case is not actually transferred to the Northern District of California, this stipulation will become null and void.

Dated:  March 12, 2014          **ADAPTIX, INC.**

By: */s/ Paul J. Hayes*
Paul J. Hayes
Steven E. Lipman
**HAYES, MESSINA, GILMAN & HAYES LLC**
200 State St., 6th Floor
Boston, MA  02109
Tel: (617) 439-6900
Fax: (617) 443-1999
Email:  phayes@hayesmessina.com
Email:  slipman@ hayesmessina.com

Craig Tadlock
Texas State Bar No. 00791766
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone:  (903) 730-6789
Email:  craig@tadlocklawfirm.com

**Attorneys for ADAPTIX, Inc.**

/s/ Kimball R. Anderson
Deron R. Dacus
Texas State Bar No. 00790553
ddacus@dacusfirm.com
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Kimball R. Anderson
kanderson@winston.com

Kathleen B. Barry
kbarry@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**Attorneys for Defendant Dell Inc.**