IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC. § | | |
|           Plaintiff § | | |
| § | | |
| V. § | No. | 6:13CV437 |
| § | | |
| DELL, INC., and CELLCO § | | |
| PARTNERSHIP d/b/a VERIZON § | | |
| WIRELESS, § | | |
|           Defendants § | | |

## ORDER TRANSFERRING CASE

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. The following motion is before the Court: Joint Motion to Transfer to the Northern District of California (Docket Entry # 63). The Court, having reviewed the relevant briefing and noting the parties jointly request transfer, is of the opinion the motion to transfer pursuant to 28 U.S.C. § 1404(a) should be **GRANTED**. Accordingly, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is transferred to the United States District Court, Northern District of California.

**SIGNED this 13th day of March, 2014.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE